**COM.**

v.

**CLARKE, J.**

**2120 EDA 2016**

Superior Court of Pennsylvania.

08/22/2017

CP–51–CR–0010985–2013
(Philadelphia)

Affirmed

**COM.**

v.

**SESSA, L.**

**3266 EDA 2016**

Superior Court of Pennsylvania.

08/22/2017

CP–09–CR–0005943–1992
(Bucks)

Affirmed

**COM.**

v.

**GOMEZ, E.**

**3035 EDA 2016**

Superior Court of Pennsylvania.

08/22/2017

Reargument Denied 10/19/2017

CP–51–CR–0007943–2014
(Philadelphia)

Affirmed

**COM.**

v.

**WHISNER, P.**

**1202 MDA 2016**

Superior Court of Pennsylvania.

08/22/2017

CP–21–CR–0000738–2015
(Cumberland)

Affirmed